UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PETER ARCHER,

    Plaintiff,

  v.

STEVEN MNUCHIN,

    Defendants.

No. 2:23-cv-01513 WBS DB P

ORDER

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 5, 2024, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff sought an extension of time to file objections and was granted an extension of time of 30 days to file objections. The time granted expired and plaintiff did not file timely objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED as follows:

////

1

      1. The findings and recommendations filed March 5, 2023 (ECF No. 7) are adopted in full.

      2. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 6) is DENIED.

      3. The complaint is dismissed without leave to amend for failure to state a claim.

      4. The Clerk of the Court is directed to close this case.

Dated: June 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

arch1513.800

2